1

2

3

4

5

6

7

8                            UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   GLENN DAVID O'NEAL,                         No.  2:14-cv-1597 KJN P

12                  Plaintiff,

13          v.                                    ORDER

14   CHAPLAIN AMAH, et al.,

15                  Defendants.

16

17          Plaintiff is a state prisoner proceeding without counsel.  On October 16, 2014, defendants

18   filed a motion to revoke plaintiff's in forma pauperis status and to dismiss this action.  Plaintiff

19   filed an opposition.  On November 25, 2014, defendants filed a reply in which they acknowledge

20   that one of the cases on which they relied, O'Neal v. Solis, Case No. 1:12-cv-1299 RRB (E.D.

21   Cal.), is currently on appeal in the Ninth Circuit, Case No. 13-16832, and therefore cannot count

22   as a strike under 28 U.S.C. § 1915(g).  (ECF No. 13 at 1.)  Therefore, defendants withdraw their

23   motion, and ask the court to refrain from requiring an answer inasmuch as they intend to file a

24   motion for summary judgment for failure to exhaust administrative remedies.  Good cause

25   appearing, IT IS HEREBY ORDERED that:

26          1.  Defendants' request to withdraw their motion to revoke (ECF No. 11) is granted;

27          2.  Defendants are granted thirty days from the date of this order in which to file a motion

28   for summary judgment for failure to exhaust administrative remedies.  Plaintiff's opposition shall

1   be filed twenty-one days after service of the motion, and defendants' reply shall be filed seven

2   days thereafter.

3   Dated:  December 2, 2014

4

5   /onea1597.36

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2