UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN DAVID O'NEAL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHAPLAIN AMAH, et al.,<br><br>　　　　　Defendants. | No. 2:14-cv-1597 GEB KJN P<br><br><br>ORDER |

　　　　Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On June 17, 2015, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff has not filed objections to the findings and recommendations.

　　　　On July 17, 2015, plaintiff filed a request for extension of time in which to file an amended complaint.  Plaintiff acknowledged receipt of the findings and recommendations, but did not request an extension of time to file objections.  Because plaintiff is not required to file an amended complaint until thirty days after the entry of the instant order, plaintiff's request is denied as moot.

1

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 17, 2015, are adopted in full;

2. Defendants' motion to dismiss (ECF No. 15) is granted, as follows:

    a. Plaintiff's claim under RLUIPA is dismissed with prejudice; and

    b. In all other respects, defendants' motion to dismiss is denied; and

3. Plaintiff is granted thirty days from the date of this order. Plaintiff's amended complaint shall comply with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice. The amended complaint must also bear the docket number assigned to this case and must be labeled "Amended Complaint."

4. Plaintiff's motion for extension of time (ECF No. 22) is denied as moot.

Dated: August 4, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge