UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN DAVID O'NEAL,<br><br>    Plaintiff,<br><br>    v.<br><br>CHAPLAIN AMAH, et al.,<br><br>    Defendants. | No. 2:14-cv-1597 GEB KJN P<br><br><br>ORDER |

Plaintiff proceeds, in forma pauperis and without counsel, in this civil rights action filed pursuant to 42 U.S.C. § 1983.  By order filed August 5, 2015, plaintiff was granted leave to file an amended complaint.  Plaintiff has now filed an amended complaint.

The amended complaint states a potentially cognizable claim for relief against defendants Amah and Howard pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

In accordance with the above, IT IS HEREBY ORDERED that within thirty days from the date of this order, defendants shall file a responsive pleading.

Dated: August 28, 2015

/onea1597.1amd

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1