UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN DAVID O'NEAL, | No. 2:14-cv-1597 GEB KJN P |
| Plaintiff, | |
| v. | ORDER |
| CHAPLAIN AMAH, et al., | |
| Defendants. | |

  Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

  On March 25, 2016, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

  The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

  1. The findings and recommendations filed March 25, 2016, are adopted in full;

////

1

2. Defendants' motion to revoke plaintiff's in forma pauperis status (ECF No. 29) is granted;

3. Plaintiff's in forma pauperis status (ECF No. 4) is revoked; and

4. Plaintiff is ordered to pay the $400.00 filing fee within thirty days from the filed date of this order.

Dated: April 22, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge