UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN DAVID O'NEAL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHAPLAIN AMAH, et al.,<br><br>　　　　　Defendants. | No.  2:14-cv-1597 GEB KJN P<br><br><br>FINDINGS AND RECOMMENDATIONS |

　　　　By an order filed April 26, 2016, plaintiff's in forma pauperis status was revoked, and plaintiff was ordered to pay the $400.00 filing fee within thirty days.  (ECF No. 38.)  Plaintiff was cautioned that failure to pay the filing fee would result in a recommendation that this action be dismissed.  (ECF No. 37 at 6.)  Thirty days have now passed, and plaintiff has not responded to the court's order and has not paid the appropriate filing fee.  Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

　　　　These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the objections shall be filed and served within fourteen days after service of the objections.  The

1

1  parties are advised that failure to file objections within the specified time may waive the right to

2  appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

3  Dated:  June 10, 2016

/s/ Kendall J. Newman

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

onea1597.fpf